✎ AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>USDC Northern District of Illinois |
|---|---|
| DOCKET NO. 1:26-cv-01496 / DATE FILED 2/10/2026 | |
| PLAINTIFF<br>Kei & Chris LLC | DEFENDANT<br>The Partnerships And Unincorporated Associations Identified On Schedule A |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | | See attached | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>R. Cornejo | DATE<br>2/11/2026 |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Registration Number**

**VA 2-424-921**

**Effective Date of Registration:**
October 19, 2024
**Registration Decision Date:**
December 09, 2024

## Title

**Title of Work:** Color books over me

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** KEI & CHRIS LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** KEI & CHRIS LLC
4750 N JUPITER RD SUITE 102, GARLAND, TX, 75044, United States

## Rights and Permissions

**Organization Name:** KEI & CHRIS LLC
**Address:** 4750 N JUPITER RD SUITE 102,
GARLAND, TX 75044 United States

## Certification

**Name:** Qin Tao
**Date**: October 19, 2024

**EXHBIT "A"**

**Registration Number**
**VA 2-432-038**
**Effective Date of Registration:**
October 19, 2024
**Registration Decision Date:**
February 10, 2025

## Title

**Title of Work:** Color books over you

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** KEI & CHRIS LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** KEI & CHRIS LLC
4750 N JUPITER RD SUITE 102, GARLAND, TX, 75044, United States

## Rights and Permissions

**Organization Name:** KEI & CHRIS LLC
**Address:** 4750 N JUPITER RD SUITE 102,
GARLAND, TX 75044 United States

## Certification

**Name:** Qin Tao
**Date:** October 19, 2024

Page 1 of 2

**Kei & Chris LLC, v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A"**

SCHEDULE A

DEFENDANT ONLINE MARKETPLACES

| No. | Seller | URL |
|---|---|---|
| 1 | ⭐⭐⭐⭐⭐ SHUQUN | https://www.amazon.com/sp?ie=UTF8&seller=A1SRXVEXRHYKOT |
| 2 | Abadam hui | https://www.amazon.com/sp?ie=UTF8&seller=A2K520DLEYEHX2 |
| 3 | Abnaok | https://www.amazon.com/sp?ie=UTF8&seller=ALZ9EBV3K1SP4 |
| 4 | AIBFRID-US | https://www.amazon.com/sp?ie=UTF8&seller=A1HENE693HAOGT |
| 5 | All Seasons Home | https://www.amazon.com/sp?ie=UTF8&seller=A3H71MLS3A2M5G |
| 6 | ANBALA Store | https://www.amazon.com/sp?ie=UTF8&seller=A4Q1LPFLL2L79 |
| 7 | ART DIY | https://www.amazon.com/sp?ie=UTF8&seller=A18R677ZT90SD5 |
| 8 | Bagwaain | https://www.amazon.com/sp?ie=UTF8&seller=A32RY89V5QDVEC |
| 9 | Belicious Helper | https://www.amazon.com/sp?ie=UTF8&seller=A9FSOECJ45HB5 |
| 10 | JINBUYAO | https://www.amazon.com/sp?ie=UTF8&seller=A25IJDK6JQY4TK |
| 11 | Biehseis | https://www.amazon.com/sp?ie=UTF8&seller=A3BUGW0KCEQ4GZ |
| 12 | Big Bingo | https://www.amazon.com/sp?ie=UTF8&seller=ATK2N9JH7P4NR |
| 13 | bilamkes | https://www.amazon.com/sp?ie=UTF8&seller=A1FX8UPLFGM1UM |
| 14 | Bo Ruo Sheng | https://www.amazon.com/sp?ie=UTF8&seller=A1HM7KKUNXVGYS |
| 15 | bohushangdian | https://www.amazon.com/sp?ie=UTF8&seller=A3PMT2EAEI17XE |
| 16 | caiyunhengtongfayangcai | https://www.amazon.com/sp?ie=UTF8&seller=A20UKXTHYBWCK3 |
| 17 | Capiant | https://www.amazon.com/sp?ie=UTF8&seller=A2T190QBUKO8PG |

| 18 | CEYOME Health Direct | https://www.amazon.com/sp?ie=UTF8&seller=A10APM408SXUND |
|---|---|---|
| 19 | chalange | https://www.amazon.com/sp?ie=UTF8&seller=A1245RG8KXZS51 |
| 20 | Chenpha | https://www.amazon.com/sp?ie=UTF8&seller=A3I7IC612EUNT2 |
| 21 | Coco accessory | https://www.amazon.com/sp?ie=UTF8&seller=A3G55LDPHONQ4A |
| 22 | Comexs | https://www.amazon.com/sp?ie=UTF8&seller=AJD4CHCZEZFBQ |
| 23 | Cosenlong | https://www.amazon.com/sp?ie=UTF8&seller=A12EEPCC0QAMBR |
| 24 | Dawn Cedar | https://www.amazon.com/sp?ie=UTF8&seller=A2H9BZRWDVE976 |
| 25 | DealPe | https://www.amazon.com/sp?ie=UTF8&seller=A4EPCLNLR8WA6 |
| 26 | EdisonHuang | https://www.amazon.com/sp?ie=UTF8&seller=A111N1Y0P7OX7C |
| 27 | Family&Personal | https://www.amazon.com/sp?ie=UTF8&seller=A356JIBZSMI5YG |
| 28 | fdsmall | https://www.amazon.com/sp?ie=UTF8&seller=AZCZ1W5SQGFAB |
| 29 | Fengkongtian Store | https://www.amazon.com/sp?ie=UTF8&seller=A3UWNTCD32TKRQ |
| 30 | Forss | https://www.amazon.com/sp?ie=UTF8&seller=A1II95ILE05JC |
| 31 | Framendino | https://www.amazon.com/sp?ie=UTF8&seller=A2HG78OVRU72O5 |
| 32 | Fuchart-US | https://www.amazon.com/sp?ie=UTF8&seller=A3VJ7MQPPPHKLS |
| 33 | Fuegxdxcs | https://www.amazon.com/sp?ie=UTF8&seller=A31RZB4M9QSQX6 |
| 34 | Gan Gardner | https://www.amazon.com/sp?ie=UTF8&seller=AP1QI28234GOY |
| 35 | Geeomeng | https://www.amazon.com/sp?ie=UTF8&seller=AFTQS6RRU3T14 |
| 36 | GlamNest Direct | https://www.amazon.com/sp?ie=UTF8&seller=A37HA38AJQVXD2 |
| 37 | Graliywen | https://www.amazon.com/sp?ie=UTF8&seller=A3O9531PN025DC |
| 38 | Gswmon Official | https://www.amazon.com/sp?ie=UTF8&seller=A1LBAE58FYLJWA |
| 39 | hangzhoutaozhugongjiancaiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2DC7TWL62BZ88 |

| | | |
|---|---|---|
| 40 | HAPO | https://www.amazon.com/sp?ie=UTF8&seller=A1TP0DSGA2DFBA |
| 41 | hefeifanli | https://www.amazon.com/sp?ie=UTF8&seller=A13Z1P7ICNDGM4 |
| 42 | hefeifuceng | https://www.amazon.com/sp?ie=UTF8&seller=A1GNAZHLPD7A3M |
| 43 | Hei Jing | https://www.amazon.com/sp?ie=UTF8&seller=A23E7D0FKAENQL |
| 44 | hezaomaoyi | https://www.amazon.com/sp?ie=UTF8&seller=A278NHXXJ26MD |
| 45 | HIFANMM FASHION | https://www.amazon.com/sp?ie=UTF8&seller=AP53XEG5II25P |
| 46 | Hildegarde Randy | https://www.amazon.com/sp?ie=UTF8&seller=A39EJPTSHO5OB3 |
| 47 | Home Daily | https://www.amazon.com/sp?ie=UTF8&seller=A2OYTF66U5GITU |
| 48 | huashangmaoyou | https://www.amazon.com/sp?ie=UTF8&seller=AR0RT7CC4WE55 |
| 49 | jiayanshang | https://www.amazon.com/sp?ie=UTF8&seller=A2AQT0KWWC8QCF |
| 50 | jiazhian store | https://www.amazon.com/sp?ie=UTF8&seller=A26EQB6ZM44XA3 |