AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| Kei & Chris LLC<br>*Plaintiff(s)*<br>v.<br>Geeomeng and the Individual and/or Entity Operating Geeomeng<br>*Defendant(s)* | ) | Civil Action No. 26-cv-01496 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Geeomeng and the Individual and/or Entity Operating Geeomeng

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ni Xue
Kemet Law Group, LLC
1825 NW Corporate Blvd., Ste. 110
Boca Raton, Florida 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Date: August 3, 2026

(By) DEPUTY CLERK

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Geeomeng and the Individual and/or Entity Operating Geeomeng

was received by me on *(date)* August 3, 2026 .

❐ I personally served the summons on the individual at *(place)* ________________ on *(date)* ________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ________________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________________ on *(date)* ________ ; or

❐ I returned the summons unexecuted because ________________ ; or

✔ Other *(specify)*: I electronically published the Amended Complaint, the Order, Summons, and other relevant documents on a website. I sent an email to the email address provided for Defendant by third parties that includes a link to said website on Aug 4, 2026.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 5, 2026

Ni Xue
*Server's signature*

Ni Xue (Attorney)
*Printed name and title*

1825 NW Corporate Blvd., Ste. 110, Boca Raton, Florida 33431
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset